Anoop SOGY, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 10–70847.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted July 12, 2011.*

Filed July 25, 2011.

Christopher John Stender, Esquire, Federal Immigration Counselors, Inc., APC, San Francisco, CA, for Petitioner.

Joseph D. Hardy, Jr., Esquire, Trial, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

## MEMORANDUM **

Anoop Sogy, a native of the Philippines and a citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying Sogy's motion to reopen where Sogy's claims could have been raised in his prior proceedings before the agency. *See Mondragon v. INS,* 625 F.2d 270, 272 (9th Cir.1980); *see also Singh v. INS,* 295 F.3d 1037, 1039 (9th Cir.2002) (BIA's denial of a

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

motion to reopen shall be reversed only if it is "arbitrary, irrational, or contrary to law").

**PETITION FOR REVIEW DENIED.**